IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ORLANDO DOSIA                                                                                         PLAINTIFF

v.                                          Case No. 6:23-cv-6082

JAILER M. CONBOY, LIEUTENANT
PLYER, JAILER ZACK MARSHALL,
SHERIFF JASON WATSON, and JOHN or
JANE DOE DEPUTIES (All of Clark County
Detention Center                                                                                      DEFENDANTS

# **ORDER**

Before the Court is the Report and Recommendation filed August 25, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Comstock recommends that Plaintiff's amended complaint (ECF No. 9) be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case. Further, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 4th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge